# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,        )
                                )
    v.                          )   2:10-CR-598-LDG (PAL)
                                )
JASON SCOTT KUTZ,               )
                                )
            Defendant.        )

## AMENDED FINAL ORDER OF FORFEITURE

On August 29, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 852(a)(1) and (a)(2), based upon the plea of guilty by defendant JASON SCOTT KUTZ to the criminal offense, forfeiting specific property alleged in the Information and shown by the United States to have a requisite nexus to the offense to which defendant JASON SCOTT KUTZ pled guilty. Criminal Information, ECF No. 37; Change of Plea Minutes, ECF No. 35; Preliminary Order of Forfeiture, ECF No. 39.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 10, 2011, through October 9, 2011, further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 41.

. . .

1 | On May 24, 2012, the United States Marshals Service personally served Brian Patrick Schwalm with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Proof of Publication, ECF No. 45, pg. 2-15.

On July 6, 2012, the United States Marshals Service personally served CSC Services of Nevada, Agent for Liberty Mutual Group, Inc., with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Proof of Publication, ECF No. 46, pg. 2-8.

On July 6, 2012, the United States Marshal Service served Dennis J. Langwell, Director of Liberty Mutual Group, Inc., with a copy of the Preliminary Order of Forfeiture and the Notice by Regular Mail and Certified Mail, return receipt requested. Notice of Filing Proof of Publication, ECF Not 46, pg. 9-19.

On July 6, 2012, the United States Marshal Service served Christopher C., Mansfield, Senior Vice President of Liberty Mutual Group, Inc., with a copy of the Preliminary Order of Forfeiture and the Notice by Regular Mail and Certified Mail, return receipt requested. Notice of Filing Proof of Publication, ECF Not 46, pg. 20-30.

On July 6, 2012, the United States Marshal Service served David H. Long, President of Liberty Mutual Group, Inc., with a copy of the Preliminary Order of Forfeiture and the Notice by Regular Mail and Certified Mail, return receipt requested. Notice of Filing Proof of Publication, ECF Not 46, pg. 31-41.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

. . .

32.2(c)(2); Title 21, United States Code, Section 852(a)(1) and (a)(2); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1) Remington 700 with bipod, serial number G6848567;
2) Marlin 270W with Valor scope, serial number Z31001;
3) Winchester 1200, 12 gauge wood stock, bearing no serial number;
4) Remington 870 Wingmaster, serial number T818336V;
5) Remington bolt action rifle, serial number 3983189;
6) Mossberg 535, 12 gauge, serial number AT092641;
7) Ruger, .223 caliber ranch rifle, serial number 581-30355;
8) Winchester Model 94, .30-.30 lever, serial number 1267874;
9) Sears Robuck & Co. Model 5, .223 caliber, serial number 267082;
10) Mossberg International 817, serial number HGL021856;
11) Amadeo Rossi double barrel 12 gauge, serial number R17689;
12) Lyman Great Plains muzzle loader, .50 caliber, serial number 110376;
13) Colt Single Action Frontier Scout, .22 LR 2377PG;
14) Sportsman 12 pump Magnum (sawed-off barrel/stock), serial number W389969M;
15) Glock Model 27, serial number MKG171; and,
16) any and all ammunition. ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

1 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 | certified copies to the United States Attorney's Office.
3 | DATED this __19__ day of __Sept__, 2012.

_____
UNITED STATES DISTRICT JUDGE